| | | |
|---|---|---|
| **JACKIE FLORA** | * | **IN THE** |
| 12 Deer Cross Court | | |
| Reisterstown, Maryland 21136 | * | **CIRCUIT COURT** |
| Plaintiff | * | **OF MARYLAND** |
| v. | | |
| | * | **FOR BALTIMORE COUNTY** |
| **BJ'S WHOLESALE CLUB, INC.** | | |
| *Serve on:* The Corporation Trust, Inc. | * | Case No.: C-03-CV-21-002221 |
| 2405 York Road, Suite 201 | | |
| Lutherville Timonium | * | |
| Maryland, 21093-2264 | | |
| | * | |
| Defendant | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## COMPLAINT

COMES NOW the Plaintiff, Jackie Flora, by and through her attorneys, Hannah M. Ernstberger and the law firm of Saller, Lord, Ernstberger & Insley, and respectfully represents as follows:

### STATEMENT OF FACTS

1. On or about October 29, 2019, Plaintiff, Jackie Flora, was a business invitee, shopping at one of the Defendant, BJ's Wholesale Club, Inc.'s grocery stores located at 55 Music Fair Road, Owings Mills, State of Maryland, Store No. 061101.

2. Suddenly and without warning, Plaintiff, Jackie Flora, tripped over a box that was on the floor of the BJ's Wholesale Club referenced above, causing her serious injury.

3. The BJ's Wholesale Club, Store No. 061101, is owned by Defendant, BJ's Wholesale Club, Inc., and regularly conducts business in the State of Maryland.

4. The Plaintiff, Jackie Flora, is an adult resident of Baltimore County, State of Maryland.

## COUNT I – NEGLIGENCE

Plaintiff, Jackie Flora, realleges and incorporates by reference all facts and allegations contained in paragraphs 1 through 4, and further alleges:

5. Defendant had knowledge, actual and/or constructive, of said dangerous conditions and failed to remedy same, including but not limited to failing to properly clear the aisle of any hazards expeditiously, and/or failing to warn Plaintiff of the dangerous condition of the premises, failing to properly inspect the premises, thereby causing the ensuing incident.

6. Defendant owed a duty to Plaintiff to inspect the premises for hazards, to remove any hazards, and to a provide safe environment.

7. The aforesaid incident occurred as a result of and was proximately caused by the careless, negligent, grossly careless, and reckless conduct of the Defendant, BJ's Wholesale Club, Inc., which consisted *inter alia* of the following particulars:

   a. Failing to properly supervise common areas in question so as to furnish Plaintiff, Jackie Flora, a safe walking area, free from hazards which were recognized or should have been recognized by Defendant, BJ's Wholesale Club, Inc., as causing or likely to cause serious physical harm to Plaintiff, Jackie Flora, and others;

   b. Failing to maintain the premises of their store in a safe condition to ensure that Plaintiff would not be caused to slip and fall as a result of a fallen box which existed and which were known and should have been known to Defendant;

   c. Failing to properly inspect the area in question wherein Plaintiff was caused to suffer injury as a result of the Defendant not adequately maintaining the condition of the aisle;

   d. Failing to maintain the premises owned by the Defendant in good and safe condition for Plaintiff and others;

   e. Failing to otherwise comply with the applicable laws and regulations of the State of Maryland and the applicable Federal laws and regulations;

   f. Otherwise failing to exercise the degree of care required under the circumstances, and;

   g. Otherwise being negligent.

8. Plaintiff, Jackie Flora, had no knowledge of the hazard and was acting with all reasonable and due care.

9. As a direct and proximate result of Defendant's, BJ's Wholesale Club, Inc., actions, as set forth above, Plaintiff, Jackie Flora:

   (a) suffered serious, painful, and permanent bodily injuries, great physical pain and mental anguish, severe and substantial emotional distress, loss of the capacity for the enjoyment of life;

   (b) was, is, and will be required to undergo medical treatment and to incur medical bills and expenses in order to alleviate injuries, pain, and suffering;

   (c) was caused to endure pain and suffering;

   (d) was, is, and will be precluded from engaging in normal activities and pursuits, and;

   (e) was otherwise hurt, injured, and caused to sustain losses.

8. As a further direct and proximate result of the recklessness, carelessness, and negligence of Defendant, BJ's Wholesale Club, Inc., Plaintiff was forced to lose time from work resulting in the loss of income.

9.    All of the Plaintiff's losses and damages set forth above were caused by the actions of Defendant, BJ's Wholesale Club, Inc., as stated herein, without any carelessness, negligence, or contribution on the part of the Plaintiff.

WHEREFORE, Plaintiff, Jackie Flora, brings this action and demands judgment from Defendant, BJ's Wholesale Club, Inc., in excess of Seventy-Five Thousand Dollars ($75,000.00) plus interest, costs of this suit, and such other and further relief as the Court may find appropriate.

Respectfully submitted,

*(signature)*

Hannah M. Ernstberger #13220
CPF# 1712130164
Saller, Lord, Ernstberger & Insley
12 S. Calvert Street, 2nd Floor
Baltimore, MD 21202
(410) 783-7945
(443) 869-2683 (fax)
hernstberger@sallerlaw.com
*Attorney for Plaintiff*

## DEMAND FOR JURY TRIAL

The Plaintiff respectfully demands a trial by jury on all issues.

Respectfully submitted,

*(signature)*

HANNAH M. ERNSTBERGER, (13220)
CPF#1712130164

IN THE CIRCUIT COURT FOR Baltimore County
(City or County)

## CIVIL - NON-DOMESTIC CASE INFORMATION REPORT

### DIRECTIONS

*Plaintiff*: This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Judge of the Court of Appeals pursuant to Rule 2-111(a).

*Defendant*: You must file an Information Report as required by Rule 2-323(h).

***THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING***

FORM FILED BY: ☒PLAINTIFF ☐DEFENDANT   CASE NUMBER C-03-CV-21-002221 (Clerk to insert)

CASE NAME: Jackie Flora vs. BJ's Wholesale Club, Inc.
              Plaintiff                    Defendant

PARTY'S NAME: Jackie Flora    PHONE:
PARTY'S ADDRESS: 12 Deer Cross Court Reisterstown, Maryland 21136
PARTY'S E-MAIL: N/A

If represented by an attorney:
PARTY'S ATTORNEY'S NAME: Hannah M. Ernstberger   PHONE: (410) 783-7945
PARTY'S ATTORNEY'S ADDRESS: 12 S. Calvert Street, 2nd Floor, Baltimore, Maryland 21202
PARTY'S ATTORNEY'S E-MAIL: hernstberger@sallerlaw.com
JURY DEMAND? ☒Yes ☐No
RELATED CASE PENDING? ☐Yes ☒No   If yes, Case #(s), if known:
ANTICIPATED LENGTH OF TRIAL?: _____ hours ___1___ days

### PLEADING TYPE

New Case:       ☒ Original          ☐ Administrative Appeal   ☐ Appeal
Existing Case:  ☐ Post-Judgment     ☐ Amendment
*If filing in an existing case*, skip Case Category/ Subcategory section - go to Relief section.

### IF NEW CASE: CASE CATEGORY/SUBCATEGORY (Check one box.)

**TORTS**
- ☐ Asbestos
- ☐ Assault and Battery
- ☐ Business and Commercial
- ☐ Conspiracy
- ☐ Conversion
- ☐ Defamation
- ☐ False Arrest/Imprisonment
- ☐ Fraud
- ☐ Lead Paint - DOB of Youngest Plt:
- ☐ Loss of Consortium
- ☐ Malicious Prosecution
- ☐ Malpractice-Medical
- ☐ Malpractice-Professional
- ☐ Misrepresentation
- ☐ Motor Tort
- ☒ Negligence
- ☐ Nuisance
- ☒ Premises Liability
- ☐ Product Liability
- ☐ Specific Performance
- ☐ Toxic Tort
- ☐ Trespass
- ☐ Wrongful Death

**CONTRACT**
- ☐ Asbestos
- ☐ Breach
- ☐ Business and Commercial
- ☐ Confessed Judgment (Cont'd)
- ☐ Construction
- ☐ Debt
- ☐ Fraud

- ☐ Government
- ☐ Insurance
- ☐ Product Liability

**PROPERTY**
- ☐ Adverse Possession
- ☐ Breach of Lease
- ☐ Detinue
- ☐ Distress/Distrain
- ☐ Ejectment
- ☐ Forcible Entry/Detainer
- ☐ Foreclosure
  - ☐ Commercial
  - ☐ Residential
  - ☐ Currency or Vehicle
  - ☐ Deed of Trust
  - ☐ Land Installments
  - ☐ Lien
  - ☐ Mortgage
  - ☐ Right of Redemption
  - ☐ Statement Condo
- ☐ Forfeiture of Property/Personal Item
- ☐ Fraudulent Conveyance
- ☐ Landlord-Tenant
- ☐ Lis Pendens
- ☐ Mechanic's Lien
- ☐ Ownership
- ☐ Partition/Sale in Lieu
- ☐ Quiet Title
- ☐ Rent Escrow
- ☐ Return of Seized Property
- ☐ Right of Redemption
- ☐ Tenant Holding Over

**PUBLIC LAW**
- ☐ Attorney Grievance
- ☐ Bond Forfeiture Remission
- ☐ Civil Rights
- ☐ County/Mncpl Code/Ord
- ☐ Election Law
- ☐ Eminent Domain/Condemn.
- ☐ Environment
- ☐ Error Coram Nobis
- ☐ Habeas Corpus
- ☐ Mandamus
- ☐ Prisoner Rights
- ☐ Public Info. Act Records
- ☐ Quarantine/Isolation
- ☐ Writ of Certiorari

**EMPLOYMENT**
- ☐ ADA
- ☐ Conspiracy
- ☐ EEO/HR
- ☐ FLSA
- ☐ FMLA
- ☐ Workers' Compensation
- ☐ Wrongful Termination

**INDEPENDENT PROCEEDINGS**
- ☐ Assumption of Jurisdiction
- ☐ Authorized Sale
- ☐ Attorney Appointment
- ☐ Body Attachment Issuance
- ☐ Commission Issuance

- ☐ Constructive Trust
- ☐ Contempt
- ☐ Deposition Notice
- ☐ Dist Ct Mtn Appeal
- ☐ Financial
- ☐ Grand Jury/Petit Jury
- ☐ Miscellaneous
- ☐ Perpetuate Testimony/Evidence
- ☐ Prod. of Documents Req.
- ☐ Receivership
- ☐ Sentence Transfer
- ☐ Set Aside Deed
- ☐ Special Adm. - Atty
- ☐ Subpoena Issue/Quash
- ☐ Trust Established
- ☐ Trustee Substitution/Removal
- ☐ Witness Appearance-Compel

**PEACE ORDER**
- ☐ Peace Order

**EQUITY**
- ☐ Declaratory Judgment
- ☐ Equitable Relief
- ☐ Injunctive Relief
- ☐ Mandamus

**OTHER**
- ☐ Accounting
- ☐ Friendly Suit
- ☐ Grantor in Possession
- ☐ Maryland Insurance Administration
- ☐ Miscellaneous
- ☐ Specific Transaction
- ☐ Structured Settlements

CC-DCM-002 (Rev. 04/2017)     Page 1 of 3

7-20-2021     MACC061201945     6020210720003146

| IF NEW OR EXISTING CASE: RELIEF (Check All that Apply) |
|---|

- ☐ Abatement
- ☐ Administrative Action
- ☐ Appointment of Receiver
- ☐ Arbitration
- ☐ Asset Determination
- ☐ Attachment b/f Judgment
- ☐ Cease & Desist Order
- ☐ Condemn Bldg
- ☐ Contempt
- ☒ Court Costs/Fees
- ☒ Damages-Compensatory
- ☐ Damages-Punitive
- ☐ Earnings Withholding
- ☐ Enrollment
- ☐ Expungement
- ☐ Findings of Fact
- ☐ Foreclosure
- ☐ Injunction
- ☐ Judgment-Affidavit
- ☐ Judgment-Attorney Fees
- ☐ Judgment-Confessed
- ☐ Judgment-Consent
- ☐ Judgment-Declaratory
- ☐ Judgment-Default
- ☐ Judgment-Interest
- ☐ Judgment-Summary
- ☐ Liability
- ☐ Oral Examination
- ☐ Order
- ☐ Ownership of Property
- ☐ Partition of Property
- ☐ Peace Order
- ☐ Possession
- ☐ Production of Records
- ☐ Quarantine/Isolation Order
- ☐ Reinstatement of Employment
- ☐ Return of Property
- ☐ Sale of Property
- ☐ Specific Performance
- ☐ Writ-Error Coram Nobis
- ☐ Writ-Execution
- ☐ Writ-Garnish Property
- ☐ Writ-Garnish Wages
- ☐ Writ-Habeas Corpus
- ☐ Writ-Mandamus
- ☐ Writ-Possession

*If you indicated Liability above*, mark one of the following. This information is **not** an admission and may not be used for any purpose other than Track Assignment.

☐ Liability is conceded.   ☐ Liability is not conceded, but is not seriously in dispute.   ☐ Liability is seriously in dispute.

| MONETARY DAMAGES (Do not include Attorney's Fees, Interest, or Court Costs) |
|---|

☐ Under $10,000      ☐ $10,000 - $30,000      ☒ $30,000 - $100,000      ☐ Over $100,000

☒ Medical Bills $ 4,485.11      ☒ Wage Loss $ 6,528.79      ☐ Property Damages $_____

| ALTERNATIVE DISPUTE RESOLUTION INFORMATION |
|---|

Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)
A. Mediation     ☒ Yes   ☐ No            C. Settlement Conference    ☒ Yes   ☐ No
B. Arbitration    ☐ Yes   ☒ No            D. Neutral Evaluation        ☐ Yes   ☒ No

| SPECIAL REQUIREMENTS |
|---|

☐ If a Spoken Language Interpreter is needed, **check here and attach form CC-DC-041**

☐ If you require an accommodation for a disability under the Americans with Disabilities Act, **check here and attach form CC-DC-049**

| ESTIMATED LENGTH OF TRIAL |
|---|

With the exception of Baltimore County and Baltimore City, please fill in the estimated **LENGTH OF TRIAL**.   *(Case will be tracked accordingly)*

☐ 1/2 day of trial or less          ☐ 3 days of trial time
☒ 1 day of trial time               ☐ More than 3 days of trial time
☐ 2 days of trial time

| BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM |
|---|

*For all jurisdictions, if Business and Technology track designation under Md. Rule 16-308 is requested, attach a duplicate copy of complaint and check one of the tracks below.*

☐ **Expedited** - Trial within 7 months of Defendant's response      ☒ **Standard** - Trial within 18 months of Defendant's response

| EMERGENCY RELIEF REQUESTED |
|---|

## COMPLEX SCIENCE AND/OR TECHNOLOGICAL CASE MANAGEMENT PROGRAM (ASTAR)

*FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO ASTAR RESOURCES JUDGES under Md. Rule 16-302, attach a duplicate copy of complaint and check whether assignment to an ASTAR is requested.*

☐ **Expedited** - Trial within 7 months of Defendant's response

☒ **Standard** - Trial within 18 months of Defendant's response

*IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY, OR BALTIMORE COUNTY, PLEASE FILL OUT THE APPROPRIATE BOX BELOW.*

### CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)

| | | |
|---|---|---|
| ☐ | Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| ☐ | Civil-Short | Trial 210 days from first answer. |
| ☐ | Civil-Standard | Trial 360 days from first answer. |
| ☐ | Custom | Scheduling order entered by individual judge. |
| ☐ | Asbestos | Special scheduling order. |
| ☐ | Lead Paint | Fill in: Birth Date of youngest plaintiff............................. |
| ☐ | Tax Sale Foreclosures | Special scheduling order. |
| ☐ | Mortgage Foreclosures | No scheduling order. |

### CIRCUIT COURT FOR BALTIMORE COUNTY

| | | |
|---|---|---|
| ☐ | Expedited (Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ☒ | Standard (Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ☐ | Extended Standard (Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ☐ | Complex (Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |

July 12, 2021
Date

12 S. Calvert Street, 2nd Floor
Address

Baltimore     MD     21202
City     State     Zip Code

*Signature of Counsel / Party*

Hannah M. Ernstberger
Printed Name

CC-DCM-002 (Rev. 04/2017)          Page 3 of 3